**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:26-cv-60211-EA**

RAYMOND T. MAHLBERG,

        Plaintiff,

   v.

INTERBOND OF AMERICA, LLC, doing
business as Brandsmart,

        Defendant.

**DEFENDANT'S THIRD UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Interbond of America, LLC ("Defendant") by its attorneys and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully moves for a 30-day extension of time, through and including June 10, 2026, to answer or otherwise respond to Plaintiff's Complaint. Defendant submits the following facts in support of its motion:

1.      On February 19, 2026, Defendant was served with the Complaint.  Defendant's response was due on March 12, 2026.

2.      On March 6, 2026, the Court granted Defendant's first request for an extension of Defendant's responsive pleading deadline. Defendant's deadline to respond to the Complaint was April 11, 2026. (ECF No. 6.)

3.      On April 6, 2026, the Court granted Defendant's second request for an extension of Defendant's responsive pleading deadline. Defendant's deadline to respond to the Complaint is May 11, 2026. (ECF No. 9.)

4.      Since being served with the Complaint, Defendant has been investigating the barriers and communicating with Plaintiff regarding the issues.  The Parties are actively working

diligently to resolve this matter.  However, additional time is needed for this discussions.

Accordingly, Defendant requested from Plaintiff an extension of time to June 10, 2026 to file a

responsive pleading, and Plaintiff consented to this request.

5.      Defendant will not be requesting any additional extensions relating to its response

to the Complaint.

6.      This motion is filed in good faith and is not sought for the purpose of delay, nor

will the additional time adversely affect the prospect of a just, speedy, and inexpensive

determination of this action.  *See* Fed. R. Civ. P. 1.

7.      In accordance with Local Rule 7.1.(a)(2) and Section 31(6) of the CM/ECF

Administrative Procedures, Defendant is filing a copy of a Proposed Order herewith and e-

mailing a Word version of the same to the presiding judge.

WHEREFORE, Defendant respectfully requests that this Court grant its Third

Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's

Complaint, and allow Defendant until June 10, 2026 to file a responsive pleading.

### CERTIFICATION OF PRE-FILING CONFERENCE

In accordance with Local Rule 3.01(g), Defendant's counsel certifies that it conferred in

good faith with Plaintiff's counsel, and Plaintiff's counsel consents to the relief requested herein.

Date: May 7, 2026                                    Respectfully submitted,

                                                     SEYFARTH SHAW LLP

                                                     By  s/ Kevin M. Young
                                                         Kevin M. Young, FL Bar No. 114151
                                                         1075 Peachtree Street, N.E., Suite 2500
                                                         Atlanta, Georgia 30309-3958
                                                         Telephone: (404) 885-1500
                                                         E-mail: kyoung@seyfarth.com

                                                         Counsel for Defendant,
                                                         Interbond of America, LLC

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:26-cv-60211-EA**

RAYMOND T. MAHLBERG,

        Plaintiff,

   v.

INTERBOND OF AMERICA, LLC, doing
business as Brandsmart,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, I electronically filed DEFENDANT'S THIRD UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

s/ Kevin M. Young
Counsel for Defendant,
Interbond of America, LLC