IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NUMBER: 0:26-cv-60211-EA

**RAYMOND T. MAHLBERG,**

     Plaintiff,

v.

**INTERBOND OF AMERICA, LLC,**
**D/B/A/ BRANDSMART**


     Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff **Raymond T. Mahlberg**, hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing.  Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that a Stipulation of Dismissal will be filed within sixty (60) days.

Dated this 20th day of May 2026.


By: __/s/ Acacia Barros___
Acacia Barros, Esq.
Fla. Bar No. 106277
**ACACIA BARROS, P.A.**
7284 W Palmetto Park Rd #101
Boca Raton, FL 33433
Tel: +1 (786) 759-3520
ab@barroslawfirm.com
*Counsel for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of May 2026 that the foregoing document has been

filed using CM/ECF system and will be served on Defendant's counsel by email.


*s/Acacia Barros*
Attorney for Plaintiff
ACACIA BARROS, P.A.