**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**Case No.: 0:26-cv-60211-EA**

**RAYMOND T. MAHLBERG,**

     **Plaintiff,**

**v.**

**INTERBOND OF AMERICA, LLC,**
**D/B/A/ BRANDSMART**

     **Defendant.**

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE STIPULATION/NOTICE OF DISMISSAL**

Plaintiff RAYMOND T. MAHLBERG ("Plaintiff"), by and through his undersigned counsel, hereby moves, on an unopposed basis, for a 21-day extension of time to file Stipulation/Notice of Dismissal, up to and including, July 13, 2026, and in support, Plaintiff states as follows.

1. This is an action for violation of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq*. ("ADA"), by offering and maintaining a mobile application that is not fully accessible and independently usable by the visually impaired.

2. An Order was issued by the Court on May 21, 2026 [D.E. 13] requiring the parties to file dismissal documents by June 21, 2026.

The parties are finalizing their settlement discussions.

4. This enlargement of time is not made necessary due to neglect, nor is it for the purpose of delay. Further, no party will be prejudiced, judicial resources may be spared, and the extension of time will facilitate a speedy and inexpensive determination of the action as contemplated by Fed. R. Civ. P. 1.

1

5. For the reasons described above, good cause exists for the requested extension of time.

### <u>CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1</u>

The undersigned certifies that counsel for Plaintiff has conferred with the Defendant's counsel prior to filing this motion to determine if Defendant opposes the relief sought herein. Defendant does not oppose the requested extension of time and has agreed to the nature of this Motion.

WHEREFORE, Plaintiff moves the Court for a twenty-one (21)-day extension of time, through and including July 13, 2026, within which the parties may file dismissal documents.

Dated: June 22, 2026

/s/ Acacia Barros
Acacia Barros
Florida Bar No. 106277
ab@barroslawfirm.com
ACACIA BARROS, P.A
7284 W Palmetto Park Rd #101
Boca Raton, FL 33433
Telephone: 786-759-3520

*Attorney for Plaintiff,*
*Raymond Mahlberg*